UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
17-cr-20546-MOORE

UNITED STATES OF AMERICA,

   Plaintiff
vs.

MOSES COPELAND,

   Defendant.
                                         /

## **REPORT AND RECOMMENDATION ON SUPERVISED RELEASE VIOLATION**

This cause has been referred to the undersigned to take all necessary and proper action as required with respect to any violations of Supervised Release as to Defendant Moses Copeland (ECF No. 107).

Upon referral from District Court Judge K. Michael Moore, the matter was set for status conference for the purpose of scheduling an evidentiary hearing on the violations (ECF No. 86). A telephone status conference was conducted on August 12, 2022, and was attended by counsel for the government, counsel for Defendant, and U.S. Probation Officer Samantha Reid. A subsequent status conference was scheduled for August 26, 2022; before the hearing however, Defendant filed a Notice that represented that Defendant Copeland intended to admit to violation of conditions of supervised release. Defendant subsequently filed an Amended Notice, clarified that he intends to admit to violation No. 1 alleged in the Petition (ECF No. 103).[1] Accordingly, no evidentiary hearing is warranted for the purpose of determining probable cause.

Upon consideration of the Petition, Notices and with the benefit of the hearing, it is the

---

[1] U.S. Probation Officer Reid does not intend to advance evidence of violation No. 2.

recommendation of the undersigned that the Court set the matter for final hearing and accept Defendant's admission of guilt of the Supervised Release Violation No. 1 as charged in the Petition.

The parties will have fourteen days from the date of service of this Report and Recommendation within which to file written objections, if any, for consideration by the United States District Judge. Failure to timely file objections will bar a *de novo* determination by the District Judge of anything in this recommendation and shall constitute a waiver of a party's "right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions." 11th Cir. R. 3-1 (2016); 28 U.S.C. § 636(b)(1)(C); *see also Harrigan v. Metro-Dade Police Dep't Station #4*, 977 F.3d 1185, 1191-92 (11th Cir. 2020).

RESPECTFULLY SUBMITTED in Chambers at Miami, Florida, this 30th day of August, 2022.

_____
LAUREN F. LOUIS
**UNITED STATES MAGISTRATE JUDGE**

cc:   The Honorable K. Michael Moore
      Counsel of record